IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTINE QUERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 06-1675-TC |
| v. ) | |
| ) | ORDER |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on August 29, 2007, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate judge's report. <u>See</u> 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

1   - ORDER

Defendant has timely filed objections. I have, therefore, given <u>de novo</u> review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed August 29, 2007, in its entirety. Defendant's motion to remand to agency (#12) is denied. This matter is remanded for an award of benefits.

IT IS SO ORDERED.

DATED this 26th day of Sept., 2007.

_____
Michael R. Hogan
UNITED STATES DISTRICT JUDGE

2   - ORDER